**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  DAHLEH, IHASSAN F.    §   Case No. 15-04203
                              §
                              §
                              §
        Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/09/2015. The undersigned trustee was appointed on 12/10/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $       58,250.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 47.63 |
   | Bank service fees | 1,370.48 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 56,831.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/26/2015 and the deadline for filing governmental claims was 08/10/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,162.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,152.52, for a total compensation of $6,152.52[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $18.02 for total expenses of $18.02[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/09/2019   By: /s/ Richard M. Fogel
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 15-04203 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | DAHLEH, IHASSAN F. | Date Filed (f) or Converted (c): | 02/09/2015 (f) |
| | | § 341(a) Meeting Date: | 03/13/2015 |
| For Period Ending: | 04/09/2019 | Claims Bar Date: | 06/26/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH<br>Cash on hand: Exempt | 500.00 | 500.00 | | 0.00 | FA |
| 2* | DEPOSITS OF MONEY<br>Checking account at PNC Bank: Overdrawn due to citation to discover assets (See Footnote) | 300.00 | 0.00 | | 0.00 | FA |
| 3* | CLOTHES<br>Wearing apparel: Exempt (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 4* | HOUSEHOLD GOODS AND FURNISHINGS<br>Household goods and furnishings: Exempt (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 5* | NON PUBLICLY TRADED STOCK<br>5% ownership interest in Liquor Station, Inc.: Trustee authorized to sell for $50,000 per o/c 9-15-16 (See Footnote) | Unknown | 0.00 | | 50,000.00 | FA |
| 6* | NON PUBLICLY TRADED STOCK<br>Ownership interest in Mortgage Direct (business closed/dissolved): Inconsequential value (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 7* | LICENCES, FRANCHISES<br>Liquor license: Inconsequential value (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 8* | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2010 Mercedes-Benz: No equity. Trustee authorized to abandon per o/c 11-19-15 (See Footnote) | 24,847.00 | 0.00 | OA | 0.00 | FA |
| 9* | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2006 Bentley: (See Footnote) | 34,000.00 | 0.00 | | 0.00 | FA |
| 10* | JEWELRY (u)<br>Rolex watch: Trustee filed adversary complaint to recover (and settled for $8,250 per o/c 1-18-18 (See Footnote) | Unknown | 0.00 | | 8,250.00 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$61,647.00** | **$500.00** | | **$58,250.00** | **$0.00** |

| RE PROP# 2 | Checking account at PNC Bank<br>Account overdrawn due to citation to discover assets |
| RE PROP# 3 | One man's wearing apparel |
| RE PROP# 4 | Household goods and furnishings for 2 bedroom, 1.5 bath apartment |
| RE PROP# 5 | 5% ownership interest in Liquor Station, Inc., a licensed retailer of beer, wine and liquor located at 5629 West Cermak Road, Cicero, IL |
| RE PROP# 6 | Interest in Mortgage Direct: business closed, corporation dissolved |
| RE PROP# 7 | Liquor license |
| RE PROP# 8 | 2010 Mercedes-Benz G Class, 216850 miles |
| RE PROP# 9 | 2006 Bentley<br>Vehicle is jointly owned by Samir Jabir and Debtor.<br>Debtor does not drive vehicle<br>Debtor may be on title and/or registration for convenience purposes. |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| **Case No.:** 15-04203 | **Trustee Name:** (330720) Richard M. Fogel |
| **Case Name:** DAHLEH, IHASSAN F. | **Date Filed (f) or Converted (c):** 02/09/2015 (f) |
| | **§ 341(a) Meeting Date:** 03/13/2015 |
| **For Period Ending:** 04/09/2019 | **Claims Bar Date:** 06/26/2015 |

RE PROP# 10   Rolex masterpiece oyster perpetual day-date special edition watch, 39mm platinum case and bracelet, bezel set with forty original diamonds, diamond meteorite dial, oyster 20mm bracelet (Serial No. Z557426, Model No. 18946MET) and other items of jewelry

Jewelry is subject of adversary filed by Trustee demanding Turnover of Property of the Estate, to Avoid Post-Petition Transfer of Assets and to Compel Turnover of Assets

**Major Activities Affecting Case Closing:**

6/30/16 - Trustee's investigation of assets continues.
12/31/16 - Settlement payments being made.
1/31/17 - 727 trial in adversary filed by creditor set for 2/6/17.
3/31/17 - Settlement payments being collected.
4/18/17 - 2nd of 4 settlement payments received; 3rd payment of $12,500 due 4/30/17 and 4th payment of $12,500 due 5/15/17; 727 trial in adversary not concluded.
6/30/17 - All payments collected for settlement with Debtor.
9/30/17 - Adversary suit for recovery of preference to New York Jewelers pending; pre-trial conference set for 12/5/17.
12/5/17 - Pre-trial conference continued to 12/18/17; settlement negotiations ongoing.
1/18/18 - Adversary dismissed upon entry of settlement agreement.
1/19/18 - Adversary closed; all assets administered.
3/31/18 - Review claims, obtain final income tax return and close case.
 [Becky Sutton 2016-04-27 15:16:47]
3/31/19- TFR submitted to UST for review on 3/21/19
All assets fully administered.
 [Becky Sutton 2017-04-27 16:55:45]

**Initial Projected Date Of Final Report (TFR):** 09/30/2019     **Current Projected Date Of Final Report (TFR):** 09/30/2019

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-04203 | Trustee Name: | Richard M. Fogel (330720) |
| --- | --- | --- | --- |
| Case Name: | DAHLEH, IHASSAN F. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***3847 | Account #: | ******0839 Checking |
| For Period Ending: | 04/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/15/16 | {5} | Ihassan Dahleh | 1st payment of 4 for debtor's purchase of business interest of debtor from estate | 1129-000 | 12,500.00 | | 12,500.00 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 12,485.00 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.52 | 12,466.48 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.90 | 12,448.58 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.47 | 12,430.11 |
| 02/14/17 | 400001 | 701 Poydras Street | 2300 Bond Payments | 2300-000 | | 4.81 | 12,425.30 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.50 | 12,406.80 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.68 | 12,390.12 |
| 04/18/17 | {5} | G. DAHLEH | SETTLEMENT FUNDS Deposit receipt received and verified by BAC 4/25/17. | 1129-000 | 12,500.00 | | 24,890.12 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.44 | 24,871.68 |
| 05/02/17 | {5} | GUS DAHLEH | SETTLEMENT FUNDS 3rd of 4 payments | 1129-000 | 12,500.00 | | 37,371.68 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 25.01 | 37,346.67 |
| 05/30/17 | {5} | Gus Dahleh | LIQUIDATION OF OTHER SCHEDULED ASSE Deposit receipt received and verified by BAC 6/9/17 | 1129-000 | 12,500.00 | | 49,846.67 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 54.94 | 49,791.73 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 71.68 | 49,720.05 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 73.98 | 49,646.07 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 73.87 | 49,572.20 |
| | | | **Page Subtotals:** | | **$50,000.00** | **$427.80** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                           ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-04203 | Trustee Name: | Richard M. Fogel (330720) |
| --- | --- | --- | --- |
| Case Name: | DAHLEH, IHASSAN F. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***3847 | Account #: | ******0839 Checking |
| For Period Ending: | 04/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/17 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 71.39 | 49,500.81 |
| 11/27/17 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 73.66 | 49,427.15 |
| 12/26/17 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 71.18 | 49,355.97 |
| 01/25/18 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 73.44 | 49,282.53 |
| 01/26/18 | {10} | New York Jewelers Inc. | SETTLEMENT FUNDS | 1229-000 | 8,250.00 |  | 57,532.53 |
| 02/26/18 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 74.52 | 57,458.01 |
| 02/28/18 | 400002 | International Sureties, Ltd. | 2018 Blanket bond premium | 2300-000 |  | 23.62 | 57,434.39 |
| 03/26/18 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 77.22 | 57,357.17 |
| 04/25/18 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 85.35 | 57,271.82 |
| 05/29/18 |  | Union Bank | Bank Fees | 2600-000 |  | 82.48 | 57,189.34 |
| 05/29/18 |  | Transfer of Funds to United Bank | Transfer of Funds | 9999-000 |  | 57,189.34 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | **58,250.00** | **58,250.00** | **$0.00** |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 57,189.34 |  |
|  |  | **Subtotal** |  |  | **58,250.00** | **1,060.66** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$58,250.00** | **$1,060.66** |  |

*{ } Asset Reference(s)*    UST Form 101-7-TFR (5/1/2011)          *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 15-04203 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | DAHLEH, IHASSAN F. | Bank Name: | United Bank |
| Taxpayer ID #: | **-***3847 | Account #: | ********6371 Checking-Chatz History |
| For Period Ending: | 04/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/18 | | Transfer of Funds from Union Bank | Transfer of Funds | 9999-000 | 57,189.34 | | 57,189.34 |
| 05/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 10.00 | 57,179.34 |
| 06/29/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 79.50 | 57,099.84 |
| 07/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 87.60 | 57,012.24 |
| 08/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 84.73 | 56,927.51 |
| 09/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 76.42 | 56,851.09 |
| 12/14/18 | | RICHARD M. FOGEL, Successor Trustee to the Estate of Ihassan Dahleh | TRANSFER OF ESTATE FUNDS PER RESIGNATION OF TRUSTEE | 9999-000 | | 56,851.09 | 0.00 |
| | | **COLUMN TOTALS** | | | 57,189.34 | 57,189.34 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 57,189.34 | 56,851.09 | |
| | | **Subtotal** | | | 0.00 | 338.25 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $338.25 | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 15-04203 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | DAHLEH, IHASSAN F. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3847 | Account #: | ******2700 Checking - Fogel |
| For Period Ending: | 04/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/18 |  | BARRY A CHATZ, TRUSTEE | Transfer of funds per resignation | 9999-000 | 56,851.09 |  | 56,851.09 |
| 02/15/19 | 101 | International Sureties, Ltd. | Bond premium #016073584 | 2300-000 |  | 19.20 | 56,831.89 |
|  |  | **COLUMN TOTALS** |  |  | 56,851.09 | 19.20 | $56,831.89 |
|  |  | Less: Bank Transfers/CDs |  |  | 56,851.09 | 0.00 |  |
|  |  | **Subtotal** |  |  | 0.00 | 19.20 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $0.00 | $19.20 |  |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 5

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-04203 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | DAHLEH, IHASSAN F. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***3847 | **Account #:** | ******2700 Checking - Fogel | |
| **For Period Ending:** | 04/09/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0839 Checking | $58,250.00 | $1,060.66 | $0.00 |
| ********6371 Checking-Chatz History | $0.00 | $338.25 | $0.00 |
| ******2700 Checking - Fogel | $0.00 | $19.20 | $56,831.89 |
| | **$58,250.00** | **$1,418.11** | **$56,831.89** |

UST Form 101-7-TFR (5/1/2011)

## Exhibit C

## Exhibit C

**Case:** 15-04203                                                    **IHASSAN F. DAHLEH**

Claims Bar Date: 06/26/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16S | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 <4800-000 State and Local Tax Liens (not included in UTC 4700))> , 100 | Secured 05/19/15 | | $3,764.50 $3,764.50 | $0.00 | $3,764.50 |
| 17S | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 <4800-000 State and Local Tax Liens (not included in UTC 4700))> , 100 | Secured 05/19/15 | | $2,943.24 $2,943.24 | $0.00 | $2,943.24 |
| 25S | Rama Jager, M.D. c/o John F. Mahoney 7330 College Drive, Suite 107 Palos Heights, IL 60463 <4220-000 Personal Property & Intangibles - Non-consensual Liens> , 100 | Secured 06/26/15 | | $107,067.54 $17,000.00 | $0.00 | $17,000.00 |
| | Claim amended 3/19/19 per agreement with original trustee's counsel | | | | | |
| AD1 | Barry A. Chatz, <2100-000 Trustee Compensation> , 200 | Administrative 03/19/19 | | $2,000.00 $2,000.00 | $0.00 | $2,000.00 |
| | Successor trustee proposes to share compensation with original trustee | | | | | |
| AD2 | Cohen & Krol, <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 03/19/19 | | $27,382.00 $25,382.00 | $0.00 | $25,382.00 |
| | Claim voluntarily reduced by agreement with secured creditor | | | | | |
| AD3 | Cohen & Krol, <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 | Administrative 03/19/19 | | $152.41 $152.41 | $0.00 | $152.41 |

## Exhibit C

## Exhibit C

**Case: 15-04203**　　　　　　　　　　　　**IHASSAN F. DAHLEH**

Claims Bar Date: 06/26/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| AD4 | Kutchins, Robbins & Diamond, Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 03/19/19 | | $1,113.00 $1,113.00 | $0.00 | $1,113.00 |
| AD5 | Clerk of the U.S. Bankrrupcy Court, <2700-000 Clerk of the Court Fees> , 200 | Administrative 04/09/19 | | $350.00 $350.00 | $0.00 | $350.00 |
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 03/19/19 | | $4,162.50 $4,162.50 | $0.00 | $4,162.50 |
| TE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2200-000 Trustee Expenses> , 200 | Administrative 03/19/19 | | $18.05 $18.05 | $0.00 | $18.05 |
| 5 | Department of the Treasury Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 04/03/15 | | $1,000.00 $1,000.00 | $0.00 | $1,000.00 |
| 17P | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 05/19/15 | | $27,161.59 $27,161.59 | $0.00 | $27,161.59 |
| 1 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/26/15 | | $4,878.24 $4,878.24 | $0.00 | $4,878.24 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 15-04203**  **IHASSAN F. DAHLEH**

Claims Bar Date: 06/26/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/27/15 | | $4,338.13 $4,338.13 | $0.00 | $4,338.13 |
| 3 | PNC BANK, N.A. PO BOX 94982 CLEVELAND, OH 44101 <7100-900 Payments to Unsecured Credit Card Holders> , 610 | Unsecured 03/30/15 | | $7,083.05 $7,083.05 | $0.00 | $7,083.05 |
| 4 | Discover Bank c/o Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 <7100-900 Payments to Unsecured Credit Card Holders> , 610 | Unsecured 03/31/15 | | $2,834.46 $2,834.46 | $0.00 | $2,834.46 |
| 6 | JPMorgan Chase Bank, N.A. 700 Kansas Ln, Mail Code LA4-5555 Monroe, LA 71203 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/09/15 | | $14,969.46 $14,969.46 | $0.00 | $14,969.46 |
| 7 | Banc of America Leasing & Capital c/o Teller,Levit & Silvertrust,P.C. 19 South LaSalle Street, Suite 701 Chicago, IL 60603 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/16/15 | | $127,734.57 $127,734.57 | $0.00 | $127,734.57 |
| 8 | Demetrios N. Dalmares 16061 S. 94th Avenue Orland Hills, IL 60487-4623 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/17/15 | | $5,936.26 $5,936.26 | $0.00 | $5,936.26 |

## Exhibit C

## Exhibit C

**Case: 15-04203**  **IHASSAN F. DAHLEH**

Claims Bar Date: 06/26/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/19/15 | | $2,603.64<br>$2,603.64 | $0.00 | $2,603.64 |
| 10 | Cavalry SPVI LLC<br>assignee Capital One, NA  c/o Bass Associates PC<br>3936 E Fort Lowell Road Suite 200<br>Tucson, AZ 85712<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>04/23/15 | | $430.73<br>$430.73 | $0.00 | $430.73 |
| 11 | Cavalry SPVI LLC<br>assignee Capital One  c/o NA Bass Associates PC<br>3936 E Fort Lowell Road Suite 200<br>Tucson, AZ 85712<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>04/23/15 | | $548.59<br>$548.59 | $0.00 | $548.59 |
| 12 | Mercedes-Benz of Chicago<br>c/o Leslie Boeddeker   Fletcher Jones Management Group<br>7300 West Sahara Avenue<br>Las Vegas, NV 89117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/27/15 | | $130.00<br>$130.00 | $0.00 | $130.00 |
| 13 | Keynote Consulting, Inc.<br>Suite 200<br>220 West Campus Drive<br>Arlington Heights, IL 60004<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/04/15 | | $909.87<br>$909.87 | $0.00 | $909.87 |

## Exhibit C

## Exhibit C

**Case: 15-04203**  **IHASSAN F. DAHLEH**

Claims Bar Date: 06/26/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD, OH 45501<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/06/15 | | $4,379.25<br>$4,379.25 | $0.00 | $4,379.25 |
| 15 | The Goodyear Tire & Rubber Company<br>200 Innovation Way<br>Akron, OH 44316<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/15/15 | | $2,187.68<br>$2,187.68 | $0.00 | $2,187.68 |
| 17U | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/19/15 | | $2,641.28<br>$2,641.28 | $0.00 | $2,641.28 |
| 18 | American InfoSource LP<br> as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/19/15 | | $1,410.77<br>$1,410.77 | $0.00 | $1,410.77 |
| 19 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>05/20/15 | | $80,259.44<br>$80,259.44 | $0.00 | $80,259.44 |
| 20 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/20/15 | | $1,265.28<br>$1,265.28 | $0.00 | $1,265.28 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 15-04203**                        **IHASSAN F. DAHLEH**

Claims Bar Date: 06/26/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 <7100-900 Payments to Unsecured Credit Card Holders> , 610 | Unsecured 06/04/15 | | $290.38 $290.38 | $0.00 | $290.38 |
| 22 | Marc Mustafa 1281 East Dyr Road Santa Anna, CA 92701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/18/15 | | $190,000.00 $190,000.00 | $0.00 | $190,000.00 |
| 23 | Ghazi and Anna Mustafa c/o Law Offices of Mark J. Rose 200 W. Adams Street, Suite 2850 Chicago, IL 60606 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/19/15 | | $475,000.00 $475,000.00 | $0.00 | $475,000.00 |
| 24 | James Loughman c/o Justin Randolph 53 West Jackson, Suite 602 Chicago, IL 60604-3448 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/25/15 | | $410,395.36 $410,395.36 | $0.00 | $410,395.36 |
| 25U | Rama Jager, M.D. c/o John F. Mahoney 7330 College Drive, Suite 107 Palos Heights, IL 60463 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 Claim amended 3/19/19 per agreement with original trustee's counsel | Unsecured 02/26/15 | | $90,067.54 $90,067.54 | $0.00 | $90,067.54 |

                                           **Case Total:**    $0.00    $1,515,341.27

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-04203
Case Name: IHASSAN F. DAHLEH
Trustee Name: Richard M. Fogel

**Balance on hand:** $ 56,831.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 16S | Illinois Department of Revenue | 3,764.50 | 3,764.50 | 0.00 | 3,764.50 |
| 17S | Illinois Department of Revenue | 2,943.24 | 2,943.24 | 0.00 | 2,943.24 |
| 25S | Rama Jager, M.D. | 107,067.54 | 17,000.00 | 0.00 | 17,000.00 |

Total to be paid to secured creditors: $ 23,707.74
Remaining balance: $ 33,124.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 4,162.50 | 0.00 | 4,155.76 |
| Trustee, Expenses - Richard M. Fogel | 18.05 | 0.00 | 18.02 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 349.43 |
| Trustee, Fees - Barry A. Chatz | 2,000.00 | 0.00 | 1,996.76 |
| Attorney for Trustee Fees (Other Firm) - Cohen & Krol | 25,382.00 | 0.00 | 25,340.83 |
| Attorney for Trustee Expenses (Other Firm) - Cohen & Krol | 152.41 | 0.00 | 152.16 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 1,113.00 | 0.00 | 1,111.19 |

Total to be paid for chapter 7 administrative expenses: $ 33,124.15
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,161.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 | Department of the Treasury Internal Revenue Service | 1,000.00 | 0.00 | 0.00 |
| 17P | Illinois Department of Revenue | 27,161.59 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,430,293.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 4,878.24 | 0.00 | 0.00 |
| 2 | American InfoSource LP | 4,338.13 | 0.00 | 0.00 |
| 3 | PNC BANK, N.A. | 7,083.05 | 0.00 | 0.00 |
| 4 | Discover Bank | 2,834.46 | 0.00 | 0.00 |
| 6 | JPMorgan Chase Bank, N.A. | 14,969.46 | 0.00 | 0.00 |
| 7 | Banc of America Leasing & Capital | 127,734.57 | 0.00 | 0.00 |
| 8 | Demetrios N. Dalmares | 5,936.26 | 0.00 | 0.00 |
| 9 | Bureaus Investment Group Portfolio No 15 LLC | 2,603.64 | 0.00 | 0.00 |
| 10 | Cavalry SPVI LLC | 430.73 | 0.00 | 0.00 |
| 11 | Cavalry SPVI LLC | 548.59 | 0.00 | 0.00 |
| 12 | Mercedes-Benz of Chicago | 130.00 | 0.00 | 0.00 |
| 13 | Keynote Consulting, Inc. | 909.87 | 0.00 | 0.00 |
| 14 | SPEEDWAY LLC | 4,379.25 | 0.00 | 0.00 |
| 15 | The Goodyear Tire & Rubber Company | 2,187.68 | 0.00 | 0.00 |
| 17U | Illinois Department of Revenue | 2,641.28 | 0.00 | 0.00 |
| 18 | American InfoSource LP | 1,410.77 | 0.00 | 0.00 |
| 19 | American Express Bank, FSB | 80,259.44 | 0.00 | 0.00 |
| 20 | Nicor Gas | 1,265.28 | 0.00 | 0.00 |
| 21 | American InfoSource LP | 290.38 | 0.00 | 0.00 |
| 22 | Marc Mustafa | 190,000.00 | 0.00 | 0.00 |
| 23 | Ghazi and Anna Mustafa | 475,000.00 | 0.00 | 0.00 |
| 24 | James Loughman | 410,395.36 | 0.00 | 0.00 |
| 25U | Rama Jager, M.D. | 90,067.54 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $             0.00
Remaining balance:                                        $             0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**