IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-04203 |
| Dahleh, Ihassan F. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on April 9, 2019, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

{4273 CER A0502379.DOC}
90216902.v1

# Mailing Information for Case 15-04203

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P. Lloyd    courtdocs@davidlloydlaw.com

## Manual Notice List (Via U.S. Mail)

Ihassan F. Dahleh
12025 West Edgewood Drive
Homer Glen, IL 60441-0828

Illinois Dept. of Revenue
PO Box 64338
Chicago, IL 60664-0338

Rama Jager, M.D.
c/o John F. Mahoney
7330 College Drive, Suite 107
Palos Heights, IL 60463

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Calvary SPV I, LLC
500 Summit Lake Drive
Valhalla, NY 10595

American InfoSource
PO Box 26841
Oklahoma City, OK 73126-8941

PNC Bank
PO Box 94982
Cleveland, OH 43054-3025

JP Morgan Chase
700 Kansas Ln., Mail Codce LA4-5555
Monroe, LA 71203

Bank of America
c/o Teller Levit & Silvertrust
19 S. Lasalle Street, Suite 701
Chicago, IL 60603

Demetrios Dalmares
16061 S. 94th Av.
Orland Hills, IL 60487-4623

Bureaus Investment Group
c/o Recovery Management
25 SE 2nd Av., Suite 1120
Miami, FL 33131-1605

Calvary SPV I, LLC
3936 E. Fort Lowell Rd. Suite 200
Tucson, AZ 85712

Mercedes Benz of Chicago
c/o Leslie Boeddeker
7300 W. Sahara Av.
Las Vegas, NV 89117

Keynote Consulting
220 W. Campus Dr. Suite 200
Arlington heights, IL 60004

Speedway LLC
PO Box 1590
Springfield, IL 45501

American Express Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Marc Mustafa
1281 East Dyr Rd.
Santa Ana, CA 92701

Ghazi and Anna Mustafa
c/o Mark J. Rose
200 W. Adams, Suite 2850
Chicago, IL 60606

James Loughman
c/o Justin Randolph
53 W. Jackson, Suite 602
Chicago, IL  60604-3448